UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| JOB GUIFARO | CIVIL ACTION NO. 21-336-SDD-EWD |
| VERSUS | |
| G & E DRYWALL, LLC and ELIZABETH GARCIA | |

**STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)**

**IT IS HEREBY STIPULATED AND AGREED**, by and between the parties and/or their respective counsel(s) that the above-captioned action, including every claim asserted by either party, is voluntarily dismissed, with prejudice, pursuant to the Federal Rules of Civil Procedure 41(a)(1)(A)(ii).

Respectfully Submitted:

| **ESTES DAVIS LAW, LLC** | **LAPEROUSE, APLC** |
|---|---|
| /s/ Daniel B. Davis | /s/ Christopher M. Patin |
| Randall E. Estes (La. Bar No. 22359) | Edward J. Laperouse, II #29310 |
| Daniel B. Davis (La. Bar No. 30141) | Christopher M. Patin #37963 |
| 4465 Bluebonnet Boulevard, Suite A | Laura E. Marcantel #39270 |
| Baton Rouge, LA 70809 | 8034 Jefferson Highway |
| Telephone: (225) 336-3394 | Baton Rouge, LA 70809 |
| Facsimile: (225) 384-5419 | Telephone: (225) 416-0614 |
| Email: dan@estesdavislaw.com | Facsimile: (225) 341-8941 |
| *Attorneys for Plaintiffs* | Email: ted.laperouse@laperouselaw.com |
| | chris.patin@laperouselaw.com |
| | laura.marcantel@laperouselaw.com |
| | *Attorneys for Defendants* |

**CERTIFICATE OF SERVICE**

  I HEREBY CERTIFY that on August 6, 2021, a copy of the above and foregoing was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all counsel of record by operation of the Court's electronic filing system.

                   */s/ Daniel B. Davis*
                   Daniel B. Davis